UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MEMO ENDORSED

DILENIA PAGUADA, on behalf of herself and all others similarly situated,
                Plaintiffs,

-against-

TOPO DESIGNS, LLC
                Defendant.

Case No. 1:20-cv-9759
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
           March 25, 2021

                                      Respectfully submitted,

                                      By: /s/ Mars Khaimov
                                      Mars Khaimov, Esq.
                                      Mars Khaimov Law, PLLC
                                      10826 64th Avenue, Second Floor
                                      Forest Hills, New York 11375
                                      marskhaimovlaw@gmail.com
                                      *Attorneys for Plaintiff*

Dated:    March 25, 2021
            New York, New York

                                      SO ORDERED.

                                      *[signature]*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE